No. 95–632. KERTESZ v. PLOTKINS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–636. NEFF v. AMERICAN DAIRY QUEEN CORP. C. A. 5th Cir. Certiorari denied.

No. 95–643. WALPOLE ET AL. v. GREAT AMERICAN INSURANCE COS. ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–644. ISLAMIC REPUBLIC OF IRAN v. MCKESSON CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–647. SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE ET AL. v. SESSIONS, ATTORNEY GENERAL OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–648. KOLKER v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 95–649. S. DIAMOND ASSOCIATES, INC. v. ORIGINAL APPALACHIAN ARTWORKS, INC. C. A. 11th Cir. Certiorari denied.

No. 95–650. ROBINSON ET AL. v. AUDI AKTIENGESELLSCHAFT ET AL.; and ROBINSON ET AL. v. VOLKSWAGENWERK AG ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–651. AHMED, AKA GRESHAM, PERSONAL REPRESENTATIVE OF THE ESTATE OF GRESHAM v. NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–653. HONDA MOTOR CO. ET AL. v. SATCHER; and
No. 95–674. SATCHER v. HONDA MOTOR CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–665. PHILLIPS v. PATAKI, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.